UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>EAGLE CONTRACTING, INC., a California corporation,<br><br>Defendant. | Case No.: 2:21-cv-09917-PA (JPRx)<br><br>ORDER RE STIPULATION FOR CONDITIONAL DISMISSAL WITHOUT PREJUDICE WITH THE COURT TO RETAIN JURISDICTION OVER THIS ACTION PURSUANT TO SETTLEMENT<br><br>[HON. PERCY ANDERSON] |

Based upon a review of the Stipulation for Conditional Dismissal Without Prejudice with the Court to Retain Jurisdiction Over this Action Pursuant to Settlement ("Stipulation"), and there being sufficient good cause shown for the requested relief,

//

//

451867.1

IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice in accordance with the terms of the settlement agreement between the parties. The Court grants the parties' request that the Court retain jurisdiction over this action to enforce the settlement agreement and to allow Plaintiff to file the Stipulation for Entry of Judgment between the parties in the event of a breach by EAGLE CONTRACTING, INC. ("EMPLOYER") in its payment obligations under the settlement agreement.

2. If EMPLOYER breaches its payment obligations under the settlement agreement, Plaintiff may reinstate the action to enforce the terms of the settlement agreement including the filing of a Stipulation for Entry of Judgment to be entered against EMPLOYER, which Plaintiff may do so upon written application to the Court without formal notice of motion, and upon declaration of counsel as to reason(s) for reinstating the action. The Court may then reinstate this action to file the Stipulation for Entry of Judgment and enter Judgment Pursuant to the Stipulation for Entry of Judgment for the balance of amounts owed by Defendant without hearing based upon the declaration of counsel. Plaintiff shall serve Defendant's counsel with a copy of its written application to the Court and Defendant shall have 7 days from service to file written opposition, if any.

3. **If Employer fulfills its payment obligations under the settlement agreement, the parties shall file a stipulation re dismissal of this action with prejudice no later than July 30, 2022.**

DATED: May 16, 2022

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE