JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  vs.<br><br>EAGLE CONTRACTING, INC., a California corporation,<br><br>    Defendant. | Case No.:  2:21-cv-09917-PA (JPRx)<br><br>ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>[HON. PERCY ANDERSON] |

    Pursuant to the Stipulation re Dismissal of Entire Action With Prejudice by and between Plaintiff and Defendant through their respective attorneys, and good cause appearing therefor,

    IT IS HEREBY ORDERED that this action is dismissed with prejudice with each party to bear its own costs and attorney's fees.

DATED: July 12, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE